**REGIONS BANK d/b/a Regions Funding, Plaintiff-Appellant,**

v.

**WIEDER & MASTROIANNI, P.C. and Peter Mastroianni, Defendants-Third-Party Plaintiffs-Appellees,**

**Provident Bank, Inc. d/b/a Provident Consumer Financial Services, Inc., Morning Star Mortgage Bankers, Inc. and Angela Daidone, Third-Party Defendants.**

No. 06-1868-cv.

United States Court of Appeals, Second Circuit.

Feb. 29, 2008.

Thomas J. McNamara, Certilman, Balin Adler & Hyman, LLP, East Meadow, NY, for Appellant.

Neil W. Silberblatt, Steinberg & Cavaliere, LLP, White Plains, NY, for Appellees.

PRESENT: Hon. PIERRE N. LEVAL, Hon. ROBERT A. KATZMANN, Circuit Judges, Hon. CHARLES L. BRIEANT, District Judge.*

---

* The Honorable Charles L. Brieant, United States District Judge for the Southern District of New York, sitting by designation.

## SUMMARY ORDER

Plaintiff Regions Bank appeals from the judgment of the United States District Court for the Southern District of New York (Conner, *J.*), granting summary judgment in favor of defendant Wieder & Mastroianni on Regions Bank's claim of conversion. On November 1, 2007, 253 Fed.Appx. 52, this panel remanded to the district court, under *United States v. Jacobson*, 15 F.3d 19, 22 (2d Cir.1994), for clarification whether the district court's judgment had been based on Ohio law, and, if so, whether it would reach the same result applying New York law to the question of Wieder & Mastroianni's liability for conversion. *Regions Bank v. Wieder & Mastroianni, P.C.*, 253 Fed.Appx. 52 (2d Cir.2007). On remand, in an opinion and order dated November 26, 2007, 526 F.Supp.2d 411, the district court made clear that, under New York law, summary judgment must be granted in favor of Wieder & Mastroianni. *Regions Bank v. Wieder & Mastroianni, P.C.*, 526 F.Supp.2d 411 (S.D.N.Y.2007).

For the reasons stated by the district court on remand, the judgment of the district court is **AFFIRMED.**